UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

SHELLY CRICK,                          )
                                       )
            Plaintiff,                 )
                                       )  Case # 2:23-cv-05035-SVW-SP
      v.                               )
                                       )  **ORDER**
KILOLO KIJAKAZI,                       )
Acting Commissioner of Social Security, )
                                       )
            Defendant.                 )
_____)

## ORDER

AND NOW, this 22nd day of November, 2023, having considered the parties' Stipulation for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $1,165.34 and costs in the amount of $402.00, subject to the terms of the Stipulation. Payment may be made by check or electronically to the office of Plaintiff's counsel.

BY THE COURT:

_____
STEPHEN V. WILSON
U.S. DISTRICT JUDGE